IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Auto-Dimensions LLC, a Texas limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> Autodesk, Inc., a Delaware corporation, Aavid Thermalloy, LLC, a Delaware limited liability company, and Applied Concepts, Inc., a Texas Corporation, <br><br> Defendants. | Civil Action No. 6:12-cv-01021-LED <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS ASSERTED AGAINST DEFENDANT AAVID THERMALLOY, LLC, <u>WITHOUT PREJUDICE</u>

Defendant Aavid Thermalloy, LLC ("Aavid"), having not answered or otherwise responded to the complaint [Doc. 1] filed by Plaintiff Auto-Dimensions LLC ("Auto-Dimensions"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Auto-Dimensions hereby voluntarily dismisses all claims asserted in its complaint against Aavid in the above-identified action, <u>without</u> <u>prejudice</u>, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated:  March 22, 2013          SHERIDAN ROSS P.C.

By:   /s/ John R. Posthumus
      John R. Posthumus
         jposthumus@sheridanross.com
      Robert R. Brunelli
         rbrunelli@sheridanross.com
      1560 Broadway, Suite 1200
      Denver, Colorado 80202-5141
      Telephone:  303.863.9700
      Facsimile:  303.863.0223
      E-mail:  litigation@sheridanross.com

                          John D. Fraser
                          Ferguson, Braswell & Fraser, PC
                          State Bar No. 07393550
                          2500 Dallas Parkway, Suite 260
                          Plano, Texas 75093
                          Phone: 972.378.9111
                          Fax: 972.378.9115
                          E-Mail: jfraser@dallasbusinesslaw.com

                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 22, 2013.

                          /s/ John R. Posthumus