IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Auto-Dimensions LLC, | ) |
|     Plaintiff, | ) ) ) Civil Action No. 6:12-cv-01021 LED-JDL |
| v. | ) ) |
| Autodesk, Inc., | ) PATENT CASE |
|     Defendant. | ) ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Auto-Dimensions LLC and Defendant Autodesk, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

Dated: August 21, 2014

/s/John R. Posthumus
John R. Posthumus
    jposthumus@sheridanross.com
Robert R. Brunelli
    rbrunelli@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Phone: 303.863.9700
Fax: 303.863.0223
E-mail: litigation@sheridanross.com

/s/Rudy Y. Kim w/permission
Michael A. Jacobs
    mjacobs@mofo.com
Rudy Y. Kim
    rudykim@mofo.com
J. Ryan Gilfoil
    jgilfoil@mofo.com
MORRISON & FOERSTER, LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
Phone: 415.268.7000
Fax: 415.268.7522

| | |
|---|---|
| John D. Fraser, State Bar No. 07393550<br>jfraser@dallasbusinesslaw.com<br>FERGUSON, BRASWELL & FRASER, PC<br>2500 Dallas Parkway, Suite 260<br>Plano, Texas 75093<br>Phone: 972.378.9111<br>Fax: 972.378.9115<br><br>ATTORNEYS FOR PLAINTIFF AUTO-DIMENSIONS LLC | Otis W. Carroll, Texas Bar No. 03895700<br>nancy@icklaw.com<br>Deborah Race, Texas Bar No. 16448700<br>drace@icklaw.com<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>Tyler, TX 75703<br>Phone: 903.561.1600<br>Fax: 903.581.1071<br><br>ATTORNEYS FOR DEFENDANT AUTODESK, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 21, 2014.

/s/John R. Posthumus