**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **AUTO-DIMENSIONS, LLC** | § | |
| | § | |
| v. | § | **CASE NO. 6:12cv1021-JDL** |
| | § | |
| **AUTODESK, INC., ET AL.** | § | |

## FINAL JUDGMENT

Pursuant to the Stipulation of Dismissal, the Court hereby enters Final Judgment. Plaintiff Auto-Dimensions, LLC, filed suit against Autodesk, Inc., Aavid Thermalloy, LLC and Applied Concepts, Inc. ("Defendants"), on December 28, 2012. Since that time, all Defendants have been dismissed in this case.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 22nd day of August, 2014.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE